UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SAMUEL SAN MIGUEL,

    Plaintiff,

v.

MARSHA McLANE,
*TCCO Executive Director, et al.*,

    Defendants.

No. 5:19-CV-096-H

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that San Miguel's request for injunctive relief should be denied without prejudice subject to San Miguel's right to request the same in the future, should the need arise. San Miguel has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore ordered that the Findings, Conclusions, and Recommendation are hereby adopted as the findings and conclusions of the Court. For the reasons stated therein, San Miguel's request for injunctive relief is hereby denied without prejudice. *See* Doc. 3.

SO ORDERED this 21st day of August, 2019.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE