UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SAMUEL SAN MIGUEL, <br><br> Plaintiff, <br><br> v. <br><br> MARSHA McLANE, et al., <br><br> Defendants. | No. 5:19-CV-096-H |

## ORDER OF DISMISSAL

Before the Court is plaintiff Samuel San Miguel's Motion for Voluntary Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 39. Finding that no opposing party has submitted an answer or a motion for summary judgment, the Court concludes that it should be granted. As a result, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. No. 37) is mooted. The Clerk of Court is directed to terminate this case.

So ordered on August 10, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE